**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RICHARD I. FINE, | ) | No. CV 08-2906-GW(CW) |
| Plaintiff, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| STATE BAR OF CALIFORNIA, et al., | ) ) | |
| Defendants. | ) ) | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: <u>April 17, 2009</u>

_____
JOHN F. WALTER
United States District Judge

1